

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>DWAYNE OTTEY, JR.,<br><br>        Defendant. | 2:10-CR-088-GMN (RJJ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on November 9, 2010, defendant DWAYNE OTTEY, JR., pled guilty to Count One of a Two-Count Superseding Criminal Indictment charging him in Count One with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

This Court finds defendant DWAYNE OTTEY, JR., agreed to the forfeiture of property set forth in the Forfeiture Allegation of the Superseding Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation One of the Criminal Indictment and the offense to which defendant DWAYNE OTTEY, JR., pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    (a)    a Romanian 5.45 caliber rifle, serial #2-17196-05;

    (b)    a Hi-Point 9mm model C firearm, serial #P078422; and

1         (c)     any and all ammunition ("property")

2     This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of DWAYNE OTTEY, JR., in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

        DANIEL D. HOLLINGSWORTH
        Assistant United States Attorney
        MICHAEL HUMPHREYS
        Assistant United States Attorney
        Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
        Las Vegas, Nevada 89101

. . . .

. . . .

. . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described asset.

DATED this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Karen Michelini, certify that the following individuals were served with copies of the Preliminary Order of Forfeiture on _____, 2010 by the below identified method of service:

E-Mail/ECF

/s/ Karen Michelini
Karen Michelini
Forfeiture Support Associate Paralegal